IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHERMAN LYNELL THOMAS,

    Plaintiff,

vs.                                                     4:09-CV-116-SPM

FRANKLIN COUNTY SCHOOL
BOARD, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 4). The parties have been furnished with a copy and have been afforded an opportunity to file objections. Plaintiff filed his objections on May 5, 2009 (doc. 5).

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. The Report and Recommendation has appropriately responded to all of Petitioner's issues and Plaintiff has not shown the Report and Recommendation to be incorrect in any way.

Additionally, even if Plaintiff's standing issue is now resolved because he filed this action as "next friend" to his minor son, there are still no constitutional

violations present. Because there are no legally recognizable claims upon which this Court can grant relief, the law states that pursuant to the Rules of Criminal Procedure, he has not "stated a claim upon which relief may be granted." Plaintiff has still be unable to demonstrate that there is any evidence that decisions made by Defendants were racially motivated or unconstitutional. Plaintiff's claim is "without arguable merit either in law or fact." Bilal v. Driver, 251 F.3d 1346, 1349 (11th Cir. 2001). Although this Court did recommend that filing the complaint as "next friend" may resolve Plaintiff's standing issue, it also found that Plaintiff had not stated a claim for which this Court is legally able to grant relief. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 4) is *adopted* and incorporated by reference in this order.

2. Pursuant to 28 U.S.C. § 1915(e)(2)(B), Plaintiff's Complaint (doc. 1) is *dismissed with prejudice* for failure to state a claim upon which relief may be granted.

4. Plaintiff's motion for leave to file another amended complaint is DENIED.

DONE AND ORDERED this fourth day of June, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge